UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                      **2ND ORDER OF CONTINUANCE**
        -against-                                          25 Mag. 0260

CARL BEZICK,

                                    Defendant.
-------------------------------------------------------------------X

       Adjourned to April 30, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  April 2, 2025
           White Plains, New York

                                                                SO ORDERED:

                                                                 _____
                                                                 ANDREW E. KRAUSE
                                                                 United States Magistrate Judge