**SCHATZ STEINBERG KLAYMAN**
ATTORNEYS AT LAW

STEVEN J. SCHATZ*^
SSCHATZ@S2FIRM.COM

S. PHILIP STEINBERG*
PSTEINBERG@S2FIRM.COM

DANA M. KLAYMAN*^
DKLAYMAN@S2FIRM.COM

SEAN M. FULMER*^
SFULMER@S2FIRM.COM

JUSTIN C. CAPEK*^
JCAPEK@S2FIRM.COM

STEPHANIE R. ESRIG*^
SESRIG@S2FIRM.COM

ERIC T. BURKHARDT*
EBURKHARDT@S2FIRM.COM

JONATHAN D. ROSENAU*^
JROSENAU@S2FIRM.COM

JONATHAN D. LAYNAS*
JLAYNAS@S2FIRM.COM

NICHOLAS G. KURUC*^
NKURUC@S2FIRM.COM

* MEMBER OF PA BAR
^ MEMBER OF NJ BAR

1500 JOHN F. KENNEDY BOULEVARD
TWO PENN CENTER, SUITE 1300
PHILADELPHIA, PA 19102
TEL: (215)845-0250
FAX: (215)845-0255
WEB: S2FIRM.COM

June 11, 2025

VIA EMAIL: MCCARTHY_NYSDCHAMBERS@NYSD.USCOURTS.GOV
**The Honorable Judith C. McCarthy**
**Southern District of New York (White Plains)**
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy/*
Hon. Judith C. McCarthy
6-11-2025

RE:   **UNITED STATES v. CARL BEZICK**
      **Criminal Docket No.: 7:25-MJ-00260**

Dear Judge McCarthy:

Your Honor, please be advised that I represent the above-captioned individual in the above-captioned matter. Please allow this Letter Memorandum to serve as a formal request to Modify the Conditions of Mr. Bezick's Pretrial Release. Specifically, I am requesting that Mr. Bezick be permitted to be outside of his home daily from 8:00 a.m. to 11:00 p.m., with all other conditions of pretrial release to remain.

On February 6, 2025, Mr. Bezick was arrested pursuant to a complaint and warrant charging him with Conspiracy to Commit Money Laundering and Conspiracy to Distribute Controlled Substances (Schedule III). That same day, Mr. Bezick had his initial appearance and detention hearing wherein, following a joint recommendation, pretrial release with conditions was ordered by the Honorable Victoria Reznik. By way of background, Mr. Bezick is employed as an athletic coach at Dragon RTC located at 22 Meridian Road, Eatontown, NJ 07724. (located 83 miles from his home). Mr. Bezick has three school-aged children who are in their respective summer breaks. Mr. Bezick has had no violations while on pre-trial release and maintains good contact with his supervising officer.

I have spoken to Assistant United States Attorney Benjamin Levander who does not object to our request based on the foregoing circumstances. Additionally, U.S. Pretrial Services Officer Shannon Finneran similarly does not object to our request.

Please do not hesitate to contact me if I can be of further assistance. Thank you in advance for your kind consideration and professional courtesy in this regard.

Very truly yours,

S. PHILIP STEINBERG, ESQUIRE

CC: Mr. Benjamin Levander, Esquire, Benjamin.Levander@usdoj.gov;
Ms. Izlia Sanchez, Izlia_Sanchez@nyspt.uscourts.gov;
Ms. Shannon Finneran, Shannon_Finneran@nyspt.uscourts.gov;
Mr. Nicholas Zotti, Nicholas_Zotti@njpt.uscourts.gov